# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2020

161212 & (16)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CARL HUBBARD,
   Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 161212
COA: 351605
Wayne CC: 92-001856-FC

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 19, 2020 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2020



a0610

Clerk